MICHAEL MENNITTO, Plaintiff, Respondent, *v.* DOMINICK IACOVACCI, Defendant, Appellant.

Supreme Court, Appellate Term, First Department, November 13, 1924.

**Municipal Court, city of New York — jurisdiction — no jurisdiction of action to recover amount alleged to be due from one partner to another after dissolution.**

The Municipal Court of the city of New York is without jurisdiction of an action brought to recover an amount alleged to be due from one partner to another after a dissolution of the partnership, where there has been no previous account.

APPEAL by defendant from a judgment of the Municipal Court of the city of New York, borough of Manhattan, first district, in favor of plaintiff.

*Levinson & Feinsod* (*Irving Levinson*, of counsel), for the appellant.

*John E. Leddy*, for the respondent.

*Per Curiam.* The action is brought to recover an amount alleged to be due from one partner to another after a dissolution of the partnership. There had been no previous account. The Municipal Court is without jurisdiction of such an action. *Fischer* v. *Stein*, 161 N. Y. Supp. 342; *Golden* v. *Friedman*, 159 id. 842, 843; *Schmitt* v. *Querengaesser*, 94 Misc. Rep. 640.

Judgment reversed without costs, and complaint dismissed, with costs.

All concur; present, GUY, BIJUR and MULLAN, JJ.